**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Kesha M. Tate,                                          Civil No. 08-4811 (RHK/JJK)

      Plaintiff,                                          **ORDER**

v.

Unum Life Insurance Company of
America, a subsidiary of Unum Group
Corporation, a Delaware corporation,

      Defendant.

---

Based upon the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits and without an award of costs or attorneys' fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 28, 2009

                                        <u>s/Richard H. Kyle</u>
                                        RICHARD H. KYLE
                                        United States District Judge